JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **QUINCY JONES,** | ) NO. 2:15-cv-09489 KS |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| **CAROLYN W. COLVIN**, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |
| _____ | ) |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: July 27, 2016

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE