# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security<br>　　　　Defendant.<br>_____ | NO. CV 15-9489-KS<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

　　Based upon the Stipulation for the Award and Payment of Attorney Fees and Expenses ("Stipulation"), which was filed on October 11, 2016, IT IS ORDERED that fees in the amount of $3,200.00 as authorized by 28 U.S.C. § 2412 shall be awarded, subject to terms of the Stipulation.

DATED: October 12, 2016

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1