UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. CV 15-9489-KS | Date: March 18, 2024 |
| Title _Quincy Jones v. Colvin W. Colvin_ | |

Present: The Honorable: **Karen L. Stevenson, Chief United States Magistrate Judge**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO FILE RESPONSE TO MOTION FOR ATTORNEY FEES [DKT. NO. 22]**

Pending before the Court is Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 1383(d)(2)(B) ("Motion") filed on January 31, 2024. (Dkt. No. 22.) On February 1, 2024, the Court issued a briefing schedule ordering Defendant to file an opposition or non-opposition response to the Motion on or before March 4, 2024. (Dkt. No. 23.) Two weeks have passed since the March 4, 2024 deadline, and Defendant has not filed an opposition or non-opposition response.

Accordingly, Defendant is **ORDERED to SHOW no later than April 18, 2024** why the Motion should not be deemed unopposed. Defendant may discharge this order by filing by **April 18, 2024** either:

(1) an opposition or non-opposition response to the Motion that complies with applicable Federal and Local Rules; or

(2) a request for an extension of time along with a sworn declaration showing good cause for Defendant's failure to timely file.

**Defendant's failure to timely comply with this Order may result in the Court recommending that the Motion be deemed unopposed and ready for decision without opposition.**

**IT IS SO ORDERED**.

| | : |
|---|---|
| | **Initials of Preparer** gr |